UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
KIARA PERALTA and NAHOMI DAVID,
individually and on behalf of all others
similarly situated,

                        Plaintiffs,                      NOTICE OF
                                                                                MOTION TO DISMISS
    -against-

                                                                                   22-CV-04864 (ALC)
CLAIRE'S BOUTIQUES, INC.,

                        Defendant.
-------------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Michael C. Schmidt dated October 25, 2022, together with the exhibits annexed thereto, the accompanying Memorandum of Law dated October 25, 2022, and all of the prior pleadings and proceedings in this action, Defendant Claire's Boutiques, Inc. will move before the Honorable Andrew L. Carter, Jr. at the United States District Court for the Southern District of New York, located at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, for an Order pursuant to Rule 12 of the Federal Rules of Civil Procedure dismissing the Amended Complaint filed on September 27, 2022, and each and every count and claim contained therein, together with such other and further relief as the Court deems just and proper.

Dated:  New York, New York
         October 25, 2022

                                                COZEN O'CONNOR
                                                *Attorneys for Defendant*

                              By: _____
                                   Michael C. Schmidt (MS 7841)
                                   3 World Trade Center
                                   175 Greenwich Street – 55th Floor
                                   New York, New York 10007
                                   (212) 453-3937