**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------**X**
**KIARA PERALTA and NAHOMI DAVID,**
**individually and on behalf of all others**
**similarly situated,**

|  |  |
|---|---|
| **Plaintiffs,** | **DECLARATION OF** <br> **MICHAEL C. SCHMIDT** |
| **-against-** | |
| | **22-CV-04864** (ALC) |
| **CLAIRE'S BOUTIQUES, INC.,** | |
| **Defendant.** | |

-----------------------------------------------------------------------**X**

   **MICHAEL C. SCHMIDT,** declares under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

   1.     I am an attorney admitted to practice before this Court, and am a member of the law firm of Cozen O'Connor, counsel for Defendant Claire's Boutiques, Inc. ("Claire's") in the above-captioned action. I respectfully submit this declaration in support of Claire's instant motion for an order pursuant to Rule 12 of the Federal Rules of Civil Procedure dismissing the Amended Complaint.

   2.     I have annexed hereto a true and accurate copy of the following exhibits in support of Claire's motion:

   **Exhibit A.**     Plaintiffs' Amended Complaint (clean version)

   **Exhibit B.**     Plaintiffs' Amended Complaint (comparison version to initial pleading)

Dated:  New York, New York
        October 25, 2022

_____
Michael C. Schmidt (MS7841)

LEGAL\60095612\1