**EXHIBIT 10**

# STATE OF NEW YORK

_____

                                  858

                       2021-2022 Regular Sessions

## IN SENATE

### **(Prefiled)**

                             January 6, 2021
                            _____

       Introduced  by  Sens.  GOUNARDES,  BIAGGI,  GAUGHRAN,  JACKSON, KRUEGER,
         MYRIE, SEPULVEDA, SKOUFIS -- read twice and ordered printed, and  when
         printed to be committed to the Committee on Labor

       AN ACT to amend the labor law, in relation to wage theft

         **The  People of the State of New York, represented in Senate and Assem-**
       **bly, do enact as follows:**

```
 1    Section 1. Legislative findings. Article  6  of  the  labor  law,  and
 2  sections  193 and 198(3) in particular, reflects New York's longstanding
 3  policy against the forfeiture of earned  but  undistributed  wages.  The
 4  purpose of this remedial amendment is to clarify that: (a) the unauthor-
 5  ized failure to pay wages, benefits and wage supplements has always been
 6  encompassed  by  the  prohibitions  of  section  193,  see, e.g., Ryan v
 7  Kellogg Partners Inst. Servs., 19 N.Y. 3d 1, 16 (2012) (correctly  hold-
 8  ing  that  employer's  neglect  to  pay  sum  that  constitutes a "wage"
 9  violated section 193); and (b) consistent with established principles of
10  statutory construction, section 193 should be  harmonized  with  section
11  198(3)'s  guarantee  that "All employees shall have the right to recover
12  full wages, benefits and wage supplements  and  liquidated  damages."  A
13  wage  is  either  owed  or it is not. Employers have a statutory duty to
14  provide employees with enough information to know how  their  employment
15  compensation  is  calculated.  The  legislature thus finds that it has a
16  responsibility to harmonize these two sections of the labor law to clar-
17  ify for the courts once and for all that wage theft  remains  completely
18  and  without  exception  in  violation  of statute and all employees are
19  entitled to full wages, benefits and wage supplements earned.
20    § 2. This act shall be known and may be cited as the  "No  wage  theft
21  loophole act".
22    §  3. Section 193 of the labor law is amended by adding a new subdivi-
23  sion 5 to read as follows:
```

        EXPLANATION--Matter in **italics** (underscored) is new; matter in brackets
                          [-] is old law to be omitted.
                                                                   LBD01120-01-1

S. 858                                            2

 1   **5. There is no exception to liability under this section for the unau-**
 2   **thorized failure to pay wages, benefits or wage supplements.**
 3     § 4. Subdivision 3 of section 198 of the labor law, as amended by
 4   chapter 2 of the laws of 2015, is amended to read as follows:
 5     3. Notwithstanding any other provision of law, an action to recover
 6   upon a liability imposed by this article must be commenced within six
 7   years. The statute of limitations shall be tolled from the date an
 8   employee files a complaint with the commissioner or the commissioner
 9   commences an investigation, whichever is earlier, until an order to
10   comply issued by the commissioner becomes final, or where the commis-
11   sioner does not issue an order, until the date on which the commissioner
12   notifies the complainant that the investigation has concluded. Investi-
13   gation by the commissioner shall not be a prerequisite to nor a bar
14   against a person bringing a civil action under this section. All employ-
15   ees shall have the right to recover full wages, benefits and wage
16   supplements and liquidated damages accrued during the six years previous
17   to the commencing of such action, whether such action is instituted by
18   the employee or by the commissioner. **There is no exception to liability**
19   **under this section for the unauthorized failure to pay wages, benefits**
20   **or wage supplements.**
21     § 5. This act shall take effect immediately.