# BURSOR & FISHER
P.A.

1330 AVENUE OF THE AMERICAS  
32ND FLOOR  
NEW YORK, NY 10019  
www.bursor.com

YITZCHAK KOPEL  
Tel: 646.837.7510  
Fax: 212.989.9163  
ykopel@bursor.com

July 28, 2023

*Via ECF*

Honorable Andrew L. Carter, Jr.  
United States District Court  
Southern District of New York  
40 Foley Square  
New York, New York  10007

**MEMO ENDORSED**

Re:   *Peralta et al. v. Claire's Boutiques, Inc.*, Case No. 22-cv-04864-ALC

Dear Judge Carter:

I represent Plaintiffs in the above-captioned matter and I write pursuant to Rule I.A of Your Honor's Individual Practices to inform the Court that the parties have reached a settlement in principle to resolve this case.  As such, the parties respectfully request the Court enter a 30-day stay of this action pending Plaintiffs' filing of a notice of voluntary dismissal.

Thank you for your attention to this matter.

Respectfully,

Y. Kopel

CC:   All counsel of record via ECF            Yitzchak Kopel

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made on or before August 28, 2023.

SO ORDERED:

HON. ANDREW L. CARTER, JR.  
UNITED STATES DISTRICT JUDGE

Dated: July 28, 2023  
New York, NY